# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Melvin Lyons, Jr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Brenda Lee Lyons** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| Case number | **19-10707** |
| (If known) | |

☐ Check if this is an amended plan.

## Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

**1.**      **Notices. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.**

     (a)    This plan:
         ☑ contains nonstandard provisions. See paragraph 15 below.
         ☐ does not contain nonstandard provisions.

     (b)    This plan:
         ☑ values the claim(s) that secures collateral. See paragraph 4(f) below.
         ☐ does not value claim(s) that secures collateral.

     (c)    This plan:
         ☑ seeks to avoid a lien or security interest. See paragraph 8 below.
         ☐ does not seek to avoid a lien or security interest.

**2.**      **Plan Payments.**

     (a)    The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of **$1,466.00** for the applicable commitment period of:

         ☐ 60 months: **or**

         ☑ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

         (If applicable include the following: These plan payments will change to $\_\_\_\_\_ monthly on \_\_\_\_\_.)

     (b)    The payments under paragraph 2(a) shall be paid:

         ☐ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

              ☐ Debtor 1 \_\_\_\_% ☐ Debtor 2 \_\_\_\_%

         ☑ Direct to the Trustee for the following reason(s):
              ☑ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
              ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):
              _____

     (c)    Additional Payments of $**0** (estimated amount) will be made on \_\_\_,\_\_ (anticipated date) from (source, including income tax refunds).

**3.**      **Long-Term Debt Payments.**

     (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which

GASB - Form 113 December 1, 2017

| Debtor | Melvin Lyons, Jr. | Case number | 19-10707 |
|---|---|---|---|
|  | Brenda Lee Lyons |  |  |

become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|
| -NONE- | | | | |

4.  **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

(a)  **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

(b)  **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $**4,500.00**.

(c)  **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

(d)  **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

(e)  **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Georgia Finco Holding/ABC Loan | 2015 Hyundai Elantra 126439 miles | 13,795.00 | 5.00% | 100.00 |
| OneMain Financial | 2012 Chevy Silverado LT 130000 miles | 15,645.00 | 6.00% | 100.00 |
| Regional Acceptance | 2016 Dodge Grand Caravan 92709 miles | 19,423.00 | 5.00% | 100.00 |

(f)  **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Acima Credit | All Collateral | 3,281.00 | 5.00% | 25.00 |
| Acima Credit | All Collateral | 1,777.00 | 5.00% | 25.00 |
| Conns | All Collateral | 2,897.00 | 5.00% | 25.00 |
| Household Rentals | All Collateral | 500.00 | 4.00% | 25.00 |

(g)  **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

GASB - Form 113 December 1, 2017

| Debtor | Melvin Lyons, Jr. | Case number | **19-10707** |
|--------|-------------------|-------------|--------------|
|        | Brenda Lee Lyons  |             |              |

☐ with interest at _____% per annum; **or** ☐ without interest:

**None**

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **100.00**% dividend or a pro rata share of $**1,000.00**, whichever is greater.

**5. Executory Contracts.**

(a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
|----------|----------------------------------------------|------------------|-----------------|--------------------------------|
| -NONE- | | | | |

(b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|----------|---------------------|
| -NONE- | |

**6. Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☐ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|----------|---------------------------------------------|
| -NONE- | |

**7. Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|----------|---------|
| -NONE- | |

**8. Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|----------|-------------------------------|----------|
| Empire Loan | | All Collateral |
| Regional Finance #14 | | All Collateral |
| Security Finance | | All Collateral |
| Southern Finance/smc | | All Collateral |
| Tabb Finance Company | | All Collateral |
| Western Shamrock Corporation | | All Collateral |
| World Acceptance/Finance Corp | | All Collateral |

**9. Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|----------|---------------------------|---------------------------|
| Santander Consumer USA | All Collateral | Full Satisfaction of the Debt. |

**10. Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

**11. Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Melvin Lyons, Jr. | Case number | **19-10707** |
|--------|-------------------|-------------|--------------|
|        | Brenda Lee Lyons  |             |              |

**12.**     **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes,after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

**13.**     **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

**14.**     **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

**15.**     **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

**Provided there is no demand by the mortgage holder(s) for payment of pre-petition debt, the Debtor(s) shall not consider it to be a violation of the automatic stay for Debtor's (Debtors') mortgage holder(s) to send regular monthly mortgage account statements, coupon books, notice of payment and/or escrow changes or outher such notices as the mortgage holder(s) may send in the normal course of business with respect to any post-petition payments and/or obligations of the Debtor(s). Debtor(s) further request the mortgage holder(s) allow the Debtor(s) to pay all post-petition mortgage payments by check, electronic funds transfers (ETFs), telephonic payments, money orders, Western Union or any other manner acceptable to the mortgage holder(s).**

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated:    June  3, 2019

/s/ Melvin Lyons, Jr.
Melvin Lyons, Jr.
*Debtor 1*

/s/ Brenda Lee Lyons
Brenda Lee Lyons
*Debtor 2*

/s/ D. Clay Ward
D. Clay Ward 736770
*Attorney for the Debtor(s)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

IN RE:                                          )
    Melvin Lyons, Jr.,                      )          CASE NO.: 19-10707
    Brenda Lee Lyons,                    )
    Debtors.                                 )

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I hereby certify that I have this day served upon the following parties a copy of the foregoing Chapter 13 plan by First Class Mail placing the same in United States Mail with proper postage affixed thereon to the following addresses:
**See matrix attached as Exhibit 1.**

I hereby certify that I have this day served a copy of the foregoing Chapter 13 plan upon the following corporations addressed to an Agent or Officer by First Class Mail placing the same in United States Mail with proper postage affixed thereon:

**VIA CERTIFIED MAIL**
**Georgia Finco Holding/ABC Loan**
**c/o Officer or Agent for Service**
**4010 Columbia Road**
**Martinez, GA 30907**
**VIA CERTIFIED MAIL**
**Regional Acceptance**
**c/o Officer or Agent for Service**
**1424 E. Firetower Road**
**Greenville, SC 27858-4105**

**VIA CERTIFIED MAIL**
**OneMain Financial**
**c/o Officer or Agent for Service**
**601 Nw 2nd Street**
**Evansville, IN 47708-1013**

I hereby certify that I have this day served a copy of the foregoing Chapter 13 plan upon the following creditors in the manner proscribed by Rule 7004, as the Chapter 13 plan proposes to modify/alter/avoid their secured status pursuant to paragraph 4(f) or paragraph 8 of the plan:

**VIA CERTIFIED MAIL**
**Acima Credit**
**c/o Officer or Agent for Service**
**9815 Monroe Street, 4th Floor**
**Sandy, UT 84070-4384**
**VIA CERTIFIED MAIL**
**Household Rentals**
**c/o Officer or Agent for Service**
**363 S. Belair Road**
**Augusta, GA 30907=8837**

**VIA CERTIFIED MAIL**
**Conns**
**c/o Officer or Agent for Service**
**PO Box 815867**
**Dallas, TX 75381-5867**
**VIA CERTIFIED MAIL**
**Empire Loan**
**c/o Officer or Agent for Service**
**1944 Walton Way, Ste J**
**Augusta, GA 30904-6711**

Page 2
Case No: 19-10707

**VIA CERTIFIED MAIL**
**Georgia Finco Holding/ABC Loan**
**c/o Officer or Agent for Service**
**4010 Columbia Road**
**Martinez, GA 30907**
**VIA CERTIFIED MAIL**
**Security Finance**
**c/o Officer or Agent for Service**
**PO Box 1893**
**Spartanburg, SC 29304-1893**
**VIA CERTIFIED MAIL**
**Tabb Finance**
**c/o Officer or Agent for Service**
**2505 Peach Orchard Road**
**Augusta, GA 30906**
**VIA CERTIFIED MAIL**
**World Acceptance/Finance Corp**
**c/o Officer or Agent for Service**
**PO Box 6429**
**Greenville, SC 29606-6429**

**VIA CERTIFIED MAIL**
**Regional Finance #14**
**c/o Officer or Agent for Service**
**404 E. Martintown Road**
**N. Augusta, SC 29841-4250**
**VIA CERTIFIED MAIL**
**Southern Finance/smc**
**c/o Officer or Agent for Service**
**150 Executive Center Drive**
**Greenville, SC 29615-4505**
**VIA CERTIFIED MAIL**
**Western Shamrock Corporation**
**c/o Officer or Agent for Service**
**801 South Abe Street**
**San Angelo, TX 76903-6735**

I hereby certify that I have this day electronically served the following parties and counsel via CM/ECF:
**N/A**

This 5th day of June, 2019.

/s/ D. Clay Ward
D. Clay Ward
Ward and Spires, LLC
445 Walker Street
Augusta, GA 30901
706-724-2640

Label Matrix for local noticing
113J-1
Case 19-10707-SDB
Southern District of Georgia
Augusta
Wed Jun  5 14:35:08 EDT 2019

Acima Credit
9815 Monroe Street
4th Floor
Sandy UT 84070-4384

Allied Collection Services
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas NV 89117-9194

Capio Partners LLC
Attn: Bankruptcy
Po Box 3498
Sherman TX 75091-3498

Comcast
105 Rivershoals Parkway
Augusta GA 30909-0235

Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City PA 18519-1641

Conns
Attn: Bankruptcy Department
Po Box 915867
Dallas TX 75381-5867

D. Clay Ward
Ward and Spires, LLC
PO Box 1493
Augusta, GA 30903-1493

Dish Network
Dept 0063
Palatine IL 60055-0001

Doctor's Hospital
PO Box 740013
Louisville KY 40201-7413

Empire Loan
Attn: Bankruptcy
1944 Walton Way  Ste J
Augusta GA 30904-6711

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls SD 57117-5524

GRU College of Dental Medicine
1430 John Wesley Gilbert Drive
GC1001
Augusta GA 30912-0001

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Finco Holding/ABC Loan
4010 Columbia Road
Martinez GA 30907

Household Rentals
363 S. Belair Road
Augusta GA 30907-8837

(p)JEFFERSON ENERGY COOPERATIVE
ATTN PAULA KELLEY
PO BOX 457
WRENS GA 30833-0457

Jrs Financial, Inc.
5 Dunwoody Park
Atlanta GA 30338-7406

Huon Le
P.O. Box 2127
Augusta, GA 30903-2127

Brenda Lee Lyons
726 Bennock Mill Road
Augusta, GA 30906-8703

Melvin Lyons JR.
726 Bennock Mill Road
Augusta, GA 30906-8703

Melvin Lyons, Jr.
Brenda Lee Lyons
726 Bennock Mill Road
Augusta GA 30906-8703

Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe WI 53566-1364

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401-2638

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville IN 47708-1013

REGIONAL MANAGEMENT CORP
979 BATESVILLE RD., SUITE B
GREER, SC 29651-6819

Regional Acceptance
Attn: Bankruptcy
1424 E Firetower Rd
Greenville NC 27858-4105

Regional Finance #14
404 E. Martintown Road
North Augusta SC 29841-4250

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth TX 76161-0244

Security Finance
Attn: Bankruptcy
Po Box 1893
Spartanburg SC 29304-1893

# EXHIBIT 1

Source Receivables Mgmt, Llc
Attn: Bankruptcy Dept
4615 Dundas Dr., Suite 102
Greensboro NC 27407-1761

Southern Family Medical Center
3736 Mike Padgett Highway
Augusta GA 30906-0719

Southern Finance/smc
150 Executive Center Drive
Greenville SC 29615-4505

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

(p)UNIVERSITY HEALTH SERVICES  INC
ATTN COLLECTIONS DIVISION
620 THIRTEENTH ST
AUGUSTA GA 30901-1008

Verizon Wireless
Attn: Bankruptcy Department
1515 Woodfield Road
Schaumburg IL 60173-6046

Dempsey Clay Ward
Ward & Spires
P O Box 1493
Augusta, GA 30903-1493

Western Shamrock Corporation
801 South Abe Street
San Angelo TX 76903-6735

World Acceptance/Finance Corp
Attn: Bankruptcy
Po Box 6429
Greenville SC 29606-6429

no name on CR Liability

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
PO Box 161108
Bankruptcy Department
Atlanta GA 30321

Jefferson Energy Cooperative
PO Box 457
Wrens GA 30833

Sprint
PO Box 4191
Carol Stream IL 60197-4191

T-Mobile
PO Box 742596
Cincinnati OH 45274-2596

University Hospital
Attn: Bankruptcy
1350 Walton Way
Agusta GA 30901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tabb Finance Company

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41

## EXHIBIT 1